UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 05-00651 CW (BZ) |
| v. | ) | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| MICHAEL DOWNEY, | ) | |
| Defendant. | ) | |

This matter has been referred for me to conduct a settlement conference.

**IT IS HEREBY ORDERED** that a settlement conference is scheduled for **Tuesday, April 4, 2006 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party wishing to submit a settlement conference statement shall lodge one with the court and serve opposing counsel by **10:00 a.m., Monday, April 3, 2006.**  Any party that wishes to file a confidential statement which will not be served upon opposing counsel, may submit one up to two pages by **10:00 a.m., Monday, April 3, 2006.**

Dated:   March 29, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\DOWNEY.SC.wpd

1