UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | No. CR 05-00651 CW (BZ) |
| ) v. ) | **ORDER VACATING SETTLEMENT CONFERENCE** |
| MICHAEL DOWNEY, ) | |
| ) Defendant. ) | |

**IT IS HEREBY ORDERED** that the settlement conference presently scheduled for **Tuesday, April 4, 2006 at 9:00 a.m.** is **VACATED.**

Dated: March 30, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\DOWNEY.VACATE.SC.wpd

1