BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL DOWNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05 00651 CW [WDB] |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | MODIFYING RELEASE CONDITIONS |
| vs. ) | |
| ) | |
| MICHAEL DOWNEY, et al., ) | |
| ) | |
| Defendants. ) | |

    Michael Downey recently learned that his mother, who of late has been in ill health, collapsed and presently is on life support in the intensive care unit at Rogue Valley Medical Center, Medford, Oregon. Mr. Downey would like to leave the New Bridge facility, to which he was released by this Court, to spend time with his mother and family during this critical period.

    It is therefore STIPULATED AND AGREED that Mr. Downey may leave New Bridge and travel out of district, to and including the State of Oregon, to spend time with his mother and family. Mr. Downey will continue to be subject to supervision by Pretrial Services, including his travel schedule and itinerary.

STIP/ORD                                        1

```
 1
 2  Dated: June 8, 2006                    /S/
                                        _____
 3                                      KIRSTIN AULT
                                        Assistant United States Attorney
 4
 5
 6                                         /S/
                                        _____
 7  Dated: June 8, 2006                 JEROME E. MATTHEWS
                                        Assistant Federal Public Defender
 8
 9
                                           /S/
10                                      _____
    Dated: June 8, 2006                 VICTORIA GIBSON
11                                      U.S. Pretrial Services Officer
12
```

13  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

14  "conformed" signatures (/S/) within this e-filed document.

15

16       Good cause appearing therefor, IT IS ORDERED that Michael Downey may leave New

17  Bridge and travel out of district, to and including the State of Oregon, to spend time with his mother

18  and family for the reasons stated in the foregoing stipulation. Mr. Downey shall continue to be

19  subject to supervision by Pretrial Services, and his travel plans shall be coordinated under the

20  direction of the assigned Pretrial Services Officer.

21

22  Dated: June 9 , 2006

23

24  [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Wayne D. Brazil — Judge Wayne D. Brazil]

25                                      _____
                                        WAYNE D. BRAZIL
26                                      United States Magistrate Judge

STIP/ORD                                2