BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL DOWNEY

FILED

JUN 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00651 CW [WDB] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| MICHAEL DOWNEY, et al., | ) | |
| Defendants. | ) | |

   Michael Downey recently learned that his mother, who of late has been in ill health, collapsed and presently is on life support in the intensive care unit at Rogue Valley Medical Center, Medford, Oregon. By prior stipulation and order of this Court, Mr. Downey was permitted to leave the New Bridge facility to spend time with his mother and family during this critical period. He did so, and returned to New Bridge without incident.

   Following his return, Mr. Downey has learned that his mother has taken a turn for the worse. The family is now considering whether it is medically viable to continue life support. In addition, Mr. Downey's father, who has suffered a stroke, is not physically capable of managing family matters by himself. Mr. Downey therefore requests that he be permitted to leave New

STIP/ORD         *cc: WDB's Stats; Copy to parties -via ECF*
                 *M      Pretrial, Financial, Sheilah*                      1

Bridge and assist his family, as necessary, all under the continued supervision of Pretrial Services.

It is therefore STIPULATED AND AGREED that Mr. Downey may leave New Bridge and travel out of district, to and including the State of Oregon, to spend time with his mother and family, and assist them in this time of need. Mr. Downey may continue to do so, without further order of this Court, as long as he first obtains permission from Pretrial Services.

Dated: June 16, 2006

/S/
_____
KIRSTIN AULT
Assistant United States Attorney

Dated: June 15, 2006

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: June 15, 2006

/S/
_____
VICTORIA GIBSON
U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that Michael Downey may leave New Bridge and travel out of district, to and including the State of Oregon, to spend time with his mother and family for the reasons stated in the foregoing stipulation, and without further order of this Court. Mr. Downey shall continue to be subject to supervision by Pretrial Services. Prior to booking any travel or leaving New Bridge, Mr. Downey shall submit his travel plans and itinerary to the assigned Pretrial Services Officer and obtain approval therefrom.

Dated: June 16, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD                                2