BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL DOWNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00651 CW [WDB] |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE |
| vs. | ) ) | CONDITIONS |
| MICHAEL DOWNEY, et al., | ) ) | |
| Defendants. | ) ) | |

     Michael Downey recently learned that his mother died. By prior stipulation and order of this Court, Mr. Downey was permitted to leave the New Bridge facility to spend time with his mother and family during this critical period. He did so, and returned to New Bridge without incident.

     Mr. Downey's father, who has suffered a stroke, is not physically capable of managing family matters by himself. Mr. Downey therefore requests that he be permitted to leave New Bridge. Mr. Downey has been enrolled at New Bridge since the date of his release from custody, has participated fully in its programs, and has otherwise complied with all conditions of his release. Mr. Downey nonetheless wishes to avail himself of New Bridge's aftercare services on a

STIP/ORD                      1

1  weekly basis.  New Bridge staff concurs that Mr. Downey's progress supports his request.

2      It is therefore STIPULATED AND AGREED that Mr. Downey may leave New Bridge,
3  and establish residence in Antioch, California, subject to continued supervision by U.S. Pretrial
4  Services.

5  Dated: June 21, 2006

           /S/
6             _____
           KIRSTIN AULT
           Assistant United States Attorney

9  Dated: June 20, 2006

           /S/
           _____
           JEROME E. MATTHEWS
10            Assistant Federal Public Defender

           /S/
12 Dated: June 21, 2006            _____
           VICTORIA GIBSON
           U.S. Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

    Good cause appearing therefor, IT IS ORDERED that Michael Downey may leave New Bridge as provided in the foregoing stipulation.  Mr. Downey shall continue to be subject to supervision by  Pretrial Services, and shall abide by such conditions as Pretrial Services deems appropriate.

Dated: June 26, 2006

           _____
           United States District Judge
           Northern District

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*