# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED
JUL 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES OF AMERICA**  )
)
vs.  )  **Docket Number: CR 05-00651-05 CW**
)
**Michael Downey**  )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____September 25, 2006____ be continued until ____October 30, 2006____ at ____2:30 p.m.____ .

Date:  JUL 17 2006

_____
Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04