BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL DOWNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05 00651 CW [WDB] |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) ) | |
| MICHAEL DOWNEY, et al., | ) ) ) | |
| Defendants. | ) | |

    Michael Downey was released from New Bridge by order of this Court, and his travel is restricted to the Northern District of California. He presently is employed full time, and his work requires travel within both the Northern and Eastern Districts of California. The parties believe that it is in Mr. Downey's best interests to maintain his employment prior to surrendering himself to serve his custody term in this matter.

    It is therefore STIPULATED AND AGREED that Mr. Downey may travel within the Northern and Eastern Districts of California, subject to continued supervision by U.S. Pretrial Services.

STIP/ORD                            1

|   |   |
|---|---|
| Dated: August 7, 2006 | /S/ <br> _____ <br> KIRSTIN AULT <br> Assistant United States Attorney |
| Dated: August 3, 2006 | /S/ <br> _____ <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |
| Dated: August 3, 2006 | /S/ <br> _____ <br> VICTORIA GIBSON <br> U.S. Pretrial Services Officer |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that Michael Downey may travel within the Northern and Eastern Districts of California. Mr. Downey shall continue to be subject to supervision by Pretrial Services, and shall abide by such conditions as Pretrial Services deems appropriate.

Dated: August 10, 2006

IT IS SO ORDERED
/s/ Wayne D. Brazil
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
United States Magistrate Judge