# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 05-00651-05 CW |
| Michael Downey | ) |

**FILED SEP 27 2006 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _October 30, 2006_ be continued until _December 11, 2006_ at _2:30 p.m._.

Date: **SEP 27 2006**

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04